UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HEATHER GEARY,                      Case No. 1:13-cv-300

        Plaintiffs,                    Dlott, J.
                                                    Bowman, M.J.

   v.

UC HEALTH, et al.,

        Defendants.

## REPORT AND RECOMMENDATION

Plaintiff initiated this litigation *pro se* on May 6, 2013. On May 29, 2013, Defendants Drake Center and UC Health moved to dismiss for failure to state a claim. Defendants withdrew that motion as moot when, after obtaining counsel, Plaintiff filed an amended complaint on June 14, 2013. (Docs. 13, 15). Subsequently, Plaintiff sought and was granted leave to file a second amended complaint. (Docs. 20, 21). On January 24, 2014, Defendants moved to dismiss two of the claims included in Plaintiff's second amended complaint: specifically, claims for fraud and negligence. (Doc. 23). On March 14, 2014, Plaintiff filed a Notice of her agreement to strike or withdraw her fraud and negligence claims against the Defendants. (Doc. 27).

Accordingly, **IT IS RECOMMENDED THAT**:

In light of Plaintiff's withdrawal of her fraud or negligence claims, Defendants' motion to dismiss those two claims (Doc. 23) should be denied as moot.

                                           *s/Stephanie K. Bowman*
                                           Stephanie K. Bowman
                                           United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HEATHER GEARY, | Case No. 1:13-cv-300 |
| Plaintiffs, | Dlott, J.<br>Bowman, M.J. |
| v. | |
| UC HEALTH, et al., | |
| Defendants. | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).