IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Heather Geary,                                          :
                                                        :
      Plaintiff(s),                              :
                                                        :  Case Number: 1:13cv300
   vs.                                                  :
                                                        :  Chief Judge Susan J. Dlott
UC Health, et al.,                                      :
                                                        :
      Defendant(s).                              :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 21, 2014 (Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 7, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, in light of plaintiff's withdrawal of her fraud or negligence claims, defendants' motion to dismiss those two claims (Doc. 23) are **DENIED** as moot.

IT IS SO ORDERED.

                                                                                                                     ___s/Susan J. Dlott_____
                                                                                                              Chief Judge Susan J. Dlott
                                                                                                              United States District Court