IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Heather Geary,                                :
                                              :
       Plaintiff(s),                   :
                                              :    Case Number: 1:13cv300
   vs.                                     :
                                              :    Judge Susan J. Dlott
UC Health, et al.,                            :
                                              :
       Defendant(s).                    :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on a January 23, 2015 Report and Recommendation (Doc. 57). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 65), amended objections to the Report and Recommendation (Doc. 67) and defendants filed a response to the amended objections (Doc. 70).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion for summary judgment (Doc. 24) is **GRANTED.** Plaintiff's complaint is **DISMISSED** with prejudice and this case is closed.

IT IS SO ORDERED.

                        ___s/Susan J. Dlott_____
                        Judge Susan J. Dlott
                        United States District Court